# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GEOTAB USA, INC., and<br>GEOTAB, INC.,<br><br>    Defendants. | Case No.: 22-CV-1044-CFC<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT GEOTAB USA, INC. TO RESPOND TO COMPLAINT

Plaintiff Omega Patents, LLC ("Plaintiff"), by and through the undersigned counsel, respectfully moves this Court to extend the deadline for Defendant Geotab USA, Inc. ("Defendant") to respond to the Complaint (D.I. 1) filed in this matter to November 2, 2022. The extension is necessary for Defendant to consider the allegations of the Complaint and formulate an appropriate response.

Dated: September 23, 2022	BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff Omega Patents, LLC*

IT IS SO ORDERED this _____ day of _____, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE