IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1044-CFC |
| | ) |
| GEOTAB USA, INC. and GEOTAB, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Michael A. Albert, Hunter D. Keeton and Susmita A. Gadre of Wolf, Greenfield and Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02116, to represent Geotab USA, Inc. in this civil action.

|  |  |
|---|---|
| | /s/ *Nathan R. Hoeschen* |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Michael A. Albert | SHAW KELLER LLP |
| Hunter D. Keeton | I.M. Pei Building |
| Susmita A. Gadre | 1105 North Market Street, 12th Floor |
| WOLF, GREENFIELD & SACKS, P.C. | Wilmington, DE 19801 |
| 600 Atlantic Avenue | (302) 298-0700 |
| Boston, Massachusetts 02210-2206 | kkeller@shawkeller.com |
| (617) 646-8000 | nhoeschen@shawkeller.com |
| | *Attorneys for Geotab USA, Inc.* |

Dated: October 28, 2022

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Michael A. Albert, Hunter D. Keeton and Susmita A. Gadre is granted.

Date: _____   _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
Michael Albert
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
malbert@wolfgreenfield.com

Date: October 28, 2022

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

/s/ Hunter D. Keeton
Hunter D. Keeton
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
hkeeton@wolfgreenfield.com

Date: October 28, 2022

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
Susmita A. Gadre
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
sgadre@wolfgreenfield.com

Date: 10/28/2022