IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OMEGA PATENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1044-CFC |
| | ) | |
| GEOTAB USA, INC. and GEOTAB, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GEOTAB USA, INC.'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Under Federal Rule of Civil Procedure 12(b)(6), Defendant Geotab USA, Inc. ("Geotab USA") moves to dismiss the direct and induced patent infringement claims asserted against it in Plaintiff Omega Patents, LLC's Complaint (D.I. 1) for failure to state a claim.

The grounds for this motion are set forth in Geotab USA's Opening Brief, also filed today and incorporated by reference herein.

Respectfully submitted,

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Geotab USA, Inc.*

OF COUNSEL:
Michael A. Albert
Hunter D. Keeton
Susmita A. Gadre
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
(617) 646-8000

Dated: November 2, 2022