IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1044-CFC |
| | ) |
| GEOTAB USA, INC. and GEOTAB, INC., | ) |
| | ) |
| Defendants. | ) |

**<u>PROPOSED ORDER FOR GEOTAB USA, INC'S MOTION TO DISMISS</u>**

WHEREAS, Defendant Geotab USA, Inc. has filed a motion to dismiss Omega Patents, LLC's direct and induced patent infringement claims for failure to state a claim for divided infringement, and

WHEREAS, the Court having considered the motion and any responses,

IT IS HEREBY ORDERED this ___ day of _____, 20__, the motion to dismiss is GRANTED and the Court hereby dismisses all infringement claims asserted by Omega Patents against Geotab USA, Inc.

                                                                                               _____
                                                                                                United States District Judge