IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OMEGA PATENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1044-CFC |
| | ) | |
| GEOTAB USA, INC. and GEOTAB, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GEOTAB USA, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Defendant Geotab USA, Inc. discloses that it is a wholly-owned subsidiary of Geotab, Inc. No publicly held corporation owns 10% or more of Geotab USA, Inc.'s stock.

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Geotab USA, Inc.*

OF COUNSEL:
Michael A. Albert
Hunter D. Keeton
Susmita A. Gadre
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
(617) 646-8000

Dated: November 2, 2022