## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Delaware

Case Number: 1:22-CV-01044-UNA

Plaintiff:
**OMEGA PATENTS, LLC**

vs.

Defendant:
**GEOTAB USA, INC., AND GEOTAB, INC.**

For:
Brian R. Gilchrist
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue
Suite 1401
Orlando, FL 32801

LIN2022033217

Received by Lynx Legal Services, LLC on the 7th day of October, 2022 at 4:54 pm to be served on **GeoTab, Inc., 2440 Winston Park Drive, Oakville, ON L6H 7V2**.

I, Lene Oest, being duly sworn, depose and say that on the **28th day of October, 2022** at **10:51 am, I:**

**CORPORATE** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Uju Orebajo** as **Administration** for **GeoTab, Inc.**, at the address of: **2440 Winston Park Drive, Oakville, ON L6H 7V2**, and informed said person of the contents therein, in compliance with F.S. 48.081

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: _, Height: 5'7, Weight: 120, Hair: Brown, Glasses: _

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [ ] Physical Presence or [ ] Online Notarization on the **2ND** day of **NOVEMBER, 2022** by the affiant who is personally known to me.

NOTARY PUBLIC

Stewart Adolfo Martin, Notary Public, City of Toronto, limited to process serving only, for Profile Legal Services Inc.
Expires May 31, 2024.

**Lene Oest**
Process Server

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2022033217
Ref: 0058360