IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1044-CFC |
| ) | |
| GEOTAB USA, INC. and GEOTAB, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT GEOTAB, INC.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM

Under Federal Rules of Civil Procedure 12(b)(5)-(6), Defendant Geotab, Inc. moves to dismiss the direct and induced patent infringement claims asserted against it in Plaintiff Omega Patents, LLC's Complaint (D.I. 1) for insufficient service of process and failure to state a claim.

The grounds for this motion are set forth in Geotab, Inc.'s Opening Brief, also filed today and incorporated by reference herein.

|  |  |
|---|---|
| | Respectfully submitted, |
| | */s/ Andrew E. Russell* |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| Michael Albert | SHAW KELLER LLP |
| Hunter D. Keeton | I.M. Pei Building |
| Susmita A. Gadre | 1105 North Market Street, 12th Floor |
| WOLF, GREENFIELD & SACKS, P.C. | Wilmington, DE 19801 |
| 600 Atlantic Avenue | (302) 298-0700 |
| Boston, MA 02210 | kkeller@shawkeller.com |
| (617) 646-8000 | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| Dated: November 18, 2022 | *Attorneys for Geotab, Inc.* |