IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OMEGA PATENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1044-CFC |
| | ) | |
| GEOTAB USA, INC. and GEOTAB, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>PROPOSED ORDER FOR GEOTAB, INC'S MOTION TO DISMISS</u>**

WHEREAS, Defendant Geotab, Inc. has filed a motion to dismiss Omega Patents, LLC's direct and induced patent infringement claims for insufficient service of process and failure to state a claim for divided infringement.

WHEREAS, the Court having considered the motion and any responses,

IT IS HEREBY ORDERED this ___ day of _____, 20__, the motion to dismiss is GRANTED and the Court hereby dismisses all infringement claims asserted by Omega Patents against Geotab, Inc.

_____
Chief United States District Judge