IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1044-CFC |
| | ) |
| GEOTAB USA, INC. and GEOTAB, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT GEOTAB, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Defendant Geotab, Inc. discloses that it is a privately held corporation and that Geotab, Inc. has no publicly held affiliates.

|  |  |
|---|---|
|  | /s/ Andrew E. Russell |
|  | Karen E. Keller (No. 4489) |
|  | Andrew E. Russell (No. 5382) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| Michael Albert | SHAW KELLER LLP |
| Hunter D. Keeton | I.M. Pei Building |
| Susmita A. Gadre | 1105 North Market Street, 12th Floor |
| WOLF, GREENFIELD & SACKS, P.C. | Wilmington, DE 19801 |
| 600 Atlantic Avenue | (302) 298-0700 |
| Boston, MA 02210 | kkeller@shawkeller.com |
| (617) 646-8000 | arussell@shawkeller.com |
|  | nhoeschen@shawkeller.com |
| Dated: November 18, 2022 | *Attorneys for Geotab, Inc.* |