# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GEOTAB USA, INC., a Delaware corporation, and GEOTAB, INC., a Canadian corporation,<br><br>Defendants. | Case No.: 1:22-cv-01044-CFC |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Omega Patents, LLC ("Plaintiff") and Defendant Geotab, Inc. ("Defendant"), through their undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiff to file its Answering Brief in Opposition to Defendant's Motion to Dismiss (D.I. 16) is extended to and through December 16, 2022, and the deadline for Defendant to file its Reply Brief in Support of Defendant's Motion to Dismiss (*id.*) is extended to and through January 6, 2023.

Dated: November 30, 2022

| BAYARD, P.A. | SHAW KELLER LLP |
|---|---|
| */s/ Ronald P. Golden III* <br> Stephen B. Brauerman (No. 4952) <br> Ronald P. Golden III (No. 6254) <br> 600 N. King Street, Suite 400 <br> P.O. Box 25130 <br> Wilmington, Delaware 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com | */s/ Andrew E. Russell* <br> Karen E. Keller (No. 4489) <br> Andrew E. Russell (No. 5382) <br> Nathan R. Hoeschen (No. 6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> arussel@shawkeller.com <br> nhoeschen@shawkeller.com |
| ALLEN, DYER, DOPPELT + GILCHRIST, P.A. | WOLF, GREENFIELD & SACKS, P.C. |
| Brian R. Gilchrist (to be admitted *pro hac vice*) Florida Bar No. 774065 <br> Ryan T. Santurri (to be admitted *pro hac vice*) Florida Bar No. 015698 <br> 255 South Orange Avenue, Suite 1401 <br> Post Office Box 3791 <br> Orlando, Florida 32802-3791 <br> Telephone: (407) 841-2330 <br> bgilchrist@allendyer.com <br> rsanturri@allendyer.com | Michael A. Albert (*pro hac vice*) <br> Hunter D. Keeton (*pro hac vice*) <br> Susmita A. Gadre (*pro hac vice*) <br> 600 Atlantic Avenue <br> Boston, Massachusetts 02210-2206 <br> (617) 646-8000 <br> Michael.Albert@WolfGreenfield.com <br> Hunter.Keeton@WolfGreenfield.com <br> Susmita.Gadre@WolfGreenfield.com |
| *Attorneys for Plaintiff Omega Patents, LLC* | *Attorneys for Defendant Geotab, Inc.* |

SO ORDERED, this ____ day of December, 2022:

_____
CHIEF UNITED STATES DISTRICT JUDGE