

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

March 22, 2023

**BY CM/ECF**
The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

   Re: *Omega Patents, LLC v. Geotab USA, Inc.*, C.A. No. 22-1044-WCB

Dear Judge Bryson:

  Defendant Geotab USA, Inc. ("Geotab USA") writes to inform the Court that it is one of the petitioners in an *inter partes* review ("IPR"), *Geotab v. Omega Patents*, IPR2023-00504, which challenges the validity of all claims of the sole patent asserted in this case, U.S. Patent No. 8,032,278. The IPR petition was filed on January 27, 2023, and an institution decision is due by August 8, 2023. If the IPR is instituted, it will be on all asserted claims. *See SAS Institute Inc. v. Iancu*, 138 S. Ct. 1348 (2018). Geotab USA will notify the Court if the IPR is instituted, and expects to move to stay this case promptly after such institution.

            Respectfully submitted,

            */s/ Andrew E. Russell*

            Andrew E. Russell (No. 5382)

cc: Clerk of Court (by (CM/ECF)
   All Counsel of Record (by CM/ECF & Email)